# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| | : | |
| v. | : | Mag. No. **19-7380** |
| | : | |
| JASON TORRES | : | |
| | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Anthony P. Torntore, Assistant United States Attorney), and defendant Jason Torres (by Jordan Morgenstern, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through **April 1, 2022** to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations, and the defendant being aware that she has the right to have the matter submitted to a grand jury within 30 days of the date of her arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through her attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are anticipated and both the United States and the defendant seek additional time to achieve successful resolution of these negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _____ day of January, 2022;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through **April 1, 2022**; and it is further

ORDERED that the period from the date this Order is signed through **April 1, 2022** shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Cathy L. Waldor 1/28/22
HONORABLE Cathy L. Waldor
United States Magistrate Judge

Form and entry consented to:

_____
Anthony P. Torntore
Assistant U.S. Attorney

_____
Jordan Morgenstern, Esq.
Counsel for Defendant Jason Torres